UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICKY TORRES,

    Plaintiff,

v.     Case No. 8:16-cv-2640-T-23AAS

MIKE WELLS, *et al.*,

    Defendants.
_____/

**ORDER**

This matter is before the Court on *pro se* Plaintiff's Motion to Allow Electronic Filing Access (Doc. 35). Upon consideration, the Motion (Doc. 35) is **GRANTED,** and it is **ORDERED**[1] as follows:

1. To fully access the Court's electronic filing system, Plaintiff must have: internet access, an email account, PDF capabilities, and a PACER account.

2. Plaintiff shall register for electronic filing by visiting the CM/ECF link on the Court's website at www.flmd.uscourts.gov. When filling out the request for a CM/ECF log in and password, Plaintiff is to insert 0000000 (seven zeros) when prompted to fill in a Bar number. Plaintiff may contact the Clerk's Office (813-301-5400) if assistance is needed registering for CM/ECF.

3. Once registered, Plaintiff shall complete the CM/ECF program tutorial on the Court's website. Plaintiff also shall become familiar with and follow the policies and

---

[1] On September 27, 2016, the undersigned denied without prejudicial Plaintiff's initial request and informed him of certain procedural requirements with which he had to comply (Doc. 12). It appears from Plaintiff's Motion, that those requirements have been met and that this request is unopposed. (Doc. 35, pp. 2-5).

procedures set forth in the ECF Administrative Procedures for Civil and Criminal Cases, which is available under the CM/ECF link on the Court's website.

    4.    In the alternative to filing electronically, Plaintiff is permitted to mail hard copies of his filings to the Clerk of the Court instead of filing in person at the courthouse.

**DONE AND ORDERED** in Tampa, Florida, on this 20th day of October, 2016.

*[signature]*

AMANDA ARNOLD SANSONE
United States Magistrate Judge

cc:

*Pro se* Plaintiff
Counsel of Record