UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCKY TORRES,

    Plaintiff,

v.                                              CASE NO.: 8:16-cv-2640-T-23AAS

MIKE WELLS, et al.,

    Defendants.
_____/

**<u>ORDER</u>**

    Under Rule 15(a)(1), Federal Rules of Civil Procedure, a "party may amend its pleading once as a matter of course within . . . 21 days after service of a motion under Rule 12(b)." Ricky Torres is entitled to amend the complaint because Torres moves to amend within twenty-one days after service of Chris Nocco's motion to dismiss. In order to expedite the action, Torres's "1st Amendment to the Complaint" (Doc. 26) is accepted and the pending motions (Docs. 13, 14, 23 and 27) to dismiss are construed as motions to dismiss the complaint (Doc.1) and the "1st Amendment to the Complaint." (Doc. 26) The motions (Docs. 28 and 31) to strike Torres's "1st

- 2 -

Amendment to the Complaint" (Doc. 26) are **DENIED**.  The motions (Docs. 29, 32, 34 and 41) to stay the requirement for a case management report pending resolution of the motions to dismiss are **GRANTED**.

ORDERED in Tampa, Florida, on October 24, 2016.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE